IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SYMPHONY DIAGNOSTIC
SERVICES NO. 1, LLC                                              PLAINTIFF

v.                    No. 4:18-cv-463-DPM

RYAN KINGERY;
CLEARVIEW DIGITAL
IMAGE, LLC; and, DOES 1-10                                       DEFENDANTS

## ORDER

For the reasons stated on the record during the 22 October 2018 telephone conference, the motion for a preliminary injunction, № 31, is denied without prejudice as premature. To complete the record, addendum with color exhibits to the amended complaint, № 21 & 22, and with all exhibits to the injunction motion, № 31, due by 26 October 2018. Notice of agreed and targeted phase one discovery plan due by 31 October 2018.

So Ordered.

_____
D.P. Marshall, Jr.
United States District Judge

23 October 2018