IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SYMPHONY DIAGNOSTIC
SERVICES NO. 1, LLC                                              PLAINTIFF

v.                              No. 4:18-cv-463-DPM

RYAN KINGREY;
CLEARVIEW DIGITAL
IMAGE, LLC; and DOES 1-10                                        DEFENDANTS

## ORDER

1. Joint report, № 55, appreciated. The Court will convene a hearing under seal on 8 May 2019 at 2:30 p.m. in courtroom 1A in Little Rock. All counsel must appear. And each side must demonstrate their computer programs, so that the Court can better understand the parties' current dispute and this case.* Given the informal but unequivocal objection from Rapid Radiology, Inc., and Emergent Connect, LLC, Symphony must serve third-party discovery on those entities, notifying them about the *in camera* demonstration. Further, Symphony must notify those entities that, after the demonstration, the Court will rule on Symphony's request for its expert to review the CV

---

* Each side must come prepared with a laptop, mobile hotspot, and whatever else it needs to demonstrate these programs. The parties can use the Court's system for projection. Contact the IT department of the Clerk's office to coordinate this.

and RapidRad programs in operation, subject to the Protective Order, № 54. Symphony must serve the discovery and this Order on these third parties by 12 April 2019 and file proof of service. Rapid Radiology and Emergent Connect may file a formal statement of their position by 26 April 2019. And, if they choose to do so, they may appear and be heard through counsel at the May 8th hearing.

  **2.** Some preliminary thoughts to guide the parties' arguments at the hearing. First, we seem to be afield from Symphony's claims, which are that Kingrey lifted Mobile Intuition and handed it to Clearview. The facts, at least as presented in counsel's arguments, seem to tell a different story about the origin of the software Clearview is using. Second, the Court is skeptical about Symphony's request to have its expert scrutinize more than CV. Third, the Court is also skeptical about Symphony's expert making a video. Screenshots that don't capture protected health information would seem to be sufficient and more prudent. The Court looks forward to hearing more on all these issues before it resolves the discovery dispute. The April and May deadlines in the Amended Final Scheduling Order, № 51, are suspended. A Second Amended Final Scheduling Order will issue after the May 8th hearing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2019