IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SYMPHONY DIAGNOSTIC
SERVICES NO. 1, LLC                                              PLAINTIFF

v.                              No. 4:18-cv-463-DPM

RYAN KINGREY;
CLEARVIEW DIGITAL
IMAGE, LLC; and DOES 1-10                                       DEFENDANTS

## ORDER

For the reasons stated on the record at the 8 May 2019 hearing, the Court made the following rulings.

1. Rapid Radiology and Emergent Connect's motion to quash, № 66, is granted.

2. Joint report of discovery dispute, № 55, addressed with instructions for targeted discovery. The parties must depose Kingrey, Touchstone, and a Symphony 30(b)(6) representative by the end of July. Clearview and Kingrey must supplement their discovery responses on Touchstone/Clearview/Kingrey communications, if any, about the creation of the software. Supplemental responses due by 31 May 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2019